NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br>Plaintiff,<br>v.<br>RAMON CHAVEZ; RUBEN GONZALEZ JR; and Does 1-10,<br>Defendants. | Case No.: 5:18-CV-00964-JFW-SP<br>**ORDER** |

**ORDER**

In the Notice of Settlement filed on July 15, 2018, Dkt. No. 14, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before September 10, 2018. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until September 10, 2018. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

**IT IS SO ORDERED.**

Dated: July 24, 2018

HONORABLE JOHN F. WALTER
United States District Judge

